Wayne P. THOMAS, Petitioner–
Appellant,

v.

Joseph BROOKS, Warden,
Respondent–Appellee.

No. 01–7063.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 28, 2001.

Decided Dec. 19, 2001.

Wayne P. Thomas, Appellant Pro Se.

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Wayne P. Thomas appeals from the district court's order dismissing without prejudice his motion filed under 28 U.S.C.A. § 2241 (1994) after construing it as a motion to vacate or set aside his sentence pursuant to 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Thomas v. Brooks,* No. CA–01–265–3 (E.D.Va. May 23, 2001). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*